IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CIVIL ACTION NO. 2:05cv1129-MEF |
| ) | [WO] |
| KENNETH BRYANT ) | |

**ORDER ON MOTION**

On June 8, 2006 (Doc. # 7), the movant, Kenneth Bryant, filed a pleading with the heading "Petitioner Motion Pursuant to 60(B)(6) Newly Discovered Evidence." The court construes this pleading to be a motion for extension of time to file objections to the Recommendation of the Magistrate Judge entered on June 1, 2006. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for extension of time (Doc. # 7) be and is hereby GRANTED. It is further

ORDERED that Bryant be and is hereby GRANTED an extension from June 14, 2006, to and including July 6, 2006, to file his objections to the Recommendation of the Magistrate Judge entered on June 1, 2006.

Done this 12th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE