IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-1129-MEF |
| | ) | |
| KENNETH BRYANT | ) | |

## **O R D E R**

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1) The objection (Doc. #9) filed by the defendant on June 26, 2006 is overruled;

(2) The recommendation of the United States Magistrate Judge (Doc. #6) entered on June 1, 2006 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by defendant on November 23, 2005 (Doc. #1), as amended on December 8, 2005 (Doc. #4) is DENIED and this case is DISMISSED. The defendant has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE this the 29th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE